ABE KOMINERS v. G. BERNIE BENSEL, as executor and as trustee
under the last will and testament of Willis E. Walker, deceased;
DELLA V. WALKER, a widow; LYDIA WALKER, a single woman;
NORMAN MIRSKY and SADYE M. MIRSKY, his wife, JOSEPH B.
MIRSKY, a single man; DELLA V. WALKER and G. BERNIE

BENSEL, constituting a majority of the last surviving Board of Directors and as trustees for the stockholders of H. T. Cummings, Inc., a dissolved Florida corporation.

.34 So. (2nd) 312                   January Term, 1948
February 24, 1948                    Division A

Affirmed.

Affirmed.

FRANK WHITEHURST v. STATE OF FLORIDA

34 So. (2nd) 572                   January Term, 1948
February 27, 1948                Special Division B

Affirmed.

WILLIE G. WALL v. STATE OF FLORIDA

34 So. (2nd) 312                   January Term, 1948
February 27, 1948                    Division A

Affirmed.